UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NARCISO RAMIREZ, | No. 1:23-cv-01554-SAB (PC) |
| Plaintiff, | ORDER DENYING PLAINTIFF'S MOTION TO FILE AMENDED COMPLAINT LODGED ON DECEMBER 26, 2023 |
| v. | |
| C. PFEIFFER, et al. | (ECF No. 15) |
| Defendants. | |

Plaintiff is proceeding pro se and in forma pauperis in this action filed pursuant to 42 U.S.C. § 1983.

Currently before the Court is Plaintiff's motion for the Court to file the second amended complaint which was lodged on December 26, 2023, filed January 16, 2024. (ECF No. 15.)

As stated in the Court's January 3, 2024 order, a party may amend the complaint once without leave of Court and Plaintiff exercised such right by filing a first amended complaint on November 17, 2023. (ECF Nos. 10, 12.) In addition, "based on a cursory review of the proposed amended complaint, Plaintiff has added new Defendants and different factual allegations than those presented in the first amended complaint. Further, the alleged events in the proposed amended complaint took place at Salinas Valley State Prison (SVSP) which is located in the United States District Court for the Northern District of California, venue is improper in this Court." (ECF No. 12 at 1-2.) Moreover, on January 8, 2024, the Court screened Plaintiff's first

amended complaint, found no cognizable claims, and granted Plaintiff leave to file a second amended complaint.  (ECF No. 13.)  Accordingly, Plaintiff's motion to file the second amended complaint lodged on December 26, 2023, is DENIED.

IT IS SO ORDERED.

Dated:   **January 18, 2024**

UNITED STATES MAGISTRATE JUDGE