UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NARCISO RAMIREZ,<br><br>        Plaintiff,<br><br>    v.<br><br>C. PFEIFFER, et al.<br><br>        Defendants. | No.  1:23-cv-01554-SAB (PC)<br><br>ORDER DENYING PLAINTIFF'S MOTION TO REFILE AMENDED COMPLAINT FILED ON NOVEMBER 17, 2023, AS MOOT<br><br>(ECF No. 18) |

Plaintiff is proceeding pro se and in forma pauperis in this action filed pursuant to 42 U.S.C. § 1983.

Currently before the Court is Plaintiff's motion, self-dated on January 8, 2024, to refile the amended complaint filed on November 17, 2023.  (ECF No. 18.)  Plaintiff requests that the Court refile the first amended complaint which was filed on November 17, 2023.

On January 8, 2024, the Court screened Plaintiff's first amended complaint filed on November 17, 2023, found no cognizable claims, and granted Plaintiff thirty days to file an amended complaint.[1]  (ECF No. 13.)  Thus, Plaintiff's motion to refile the first amended complaint is moot as the complaint was filed and screened by the Court on January 8, 2024.  (ECF No. 13.)  Accordingly, Plaintiff's motion to refile the first amended complaint is denied as moot.

IT IS SO ORDERED.

Dated:   **January 30, 2024**

UNITED STATES MAGISTRATE JUDGE

---

[1] The Court notes that the January 8, 2024, was properly served by mail at Plaintiff's address of record.  (ECF No. 13.)  Since Plaintiff's current motion is self-dated January 8, 2024-the same date as the screening order, it is likely he did not receive the screening order prior to filing the instant motion.

1