UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NARCISO RAMIREZ, | No. 1:23-cv-01554-SAB (PC) |
| Plaintiff, | ORDER GRANTING PLAINTIFF THIRTY DAYS TO FILE AN AMENDED COMPLAINT |
| v. | |
| C. PFEIFFER, et al. | (ECF No. 22) |
| Defendants. | |

Plaintiff is proceeding pro se and in forma pauperis in this action filed pursuant to 42 U.S.C. § 1983.

Currently before the Court is Plaintiff's motion for an extension of time to file an amended complaint, filed February 16, 2024.

Good cause having been presented, it is HEREBY ORDERED that Plaintiff is granted thirty (30) days from the date of service of this order to file an amended complaint.

IT IS SO ORDERED.

Dated:  **February 20, 2024**

UNITED STATES MAGISTRATE JUDGE

1